# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --             )
                            )

GSC Construction, Inc.        )      ASBCA Nos. 60705, 60706
                            )               60707, 60708
                            )

Under Contract No. W912HN-10-D-0049    )

APPEARANCE FOR THE APPELLANT:        James S. DelSordo, Esq.
                                              Argus Legal, PLLC
                                              Manassas, VA

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                              Engineer Chief Trial Attorney
                                              Susan K. Weston, Esq.
                                              Engineer Trial Attorney
                                              U.S. Army Engineer District, Wilmington

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 6 January 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60705, 60706, 60707, 60708, Appeals of GSC Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals